[No. 58550-9-I. Division One. October 22, 2007.]

STEVE PEARSON, *Respondent*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-27304-8, Suzanne M. Barnett, J., entered June 30, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Agid, JJ.

[No. 58642-4-I. Division One. October 22, 2007.]

*In the Matter of the Marriage of* TEREZIA HORVATH, *Appellant*, and PETER HORVATH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-06969-3, Julie A. Spector, J., entered June 20, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Cox, J.

[Nos. 59053-7-I; 59251-3-I. Division One. October 22, 2007.]

ULF PATRIK EDENHOLM, *Appellant*, v. FLYTRAP NETWORK SECURITY, INC., *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 04-2-38250-5, Palmer Robinson, J., entered October 31, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Baker and Agid, JJ.

[No. 59229-7-I. Division One. October 22, 2007.]

*In the Matter of the Marriage of* GALE F. WEBSTER, *Appellant*, and WADE E. WEBSTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-3-02981-8, Christopher A. Washington, J., entered November 9, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Cox, J.